# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   DWAYNE ROYAL　　　　　　　　　　§　　　Case No.: 10-02053
         TONI D LACY ROYAL　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
         Debtor(s)　　　　　　　　　　　§

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/20/2010.

2) This case was confirmed on 03/29/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/13/2010.

5) The case was converted on 01/07/2011.

6) Number of months from filing to the last payment: 10

7) Number of months case was pending: 13

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    1,560.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 3,340.08 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 3,340.08 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,328.49 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 229.26 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,557.75 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA CHECKMATE | UNSECURED | 1,500.00 | 1,091.64 | 1,091.64 | .00 | .00 |
| BROTHER LOAN & FINAN | UNSECURED | 800.00 | 791.97 | 791.97 | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 4,240.00 | 5,875.42 | 5,875.42 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,328.00 | 1,328.00 | 1,328.00 | .00 | .00 |
| CNAC GLENDALE HEIGHT | SECURED | 9,000.00 | 9,000.00 | 9,000.00 | 776.00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | 3,500.00 | NA | NA | .00 | .00 |
| AMERICAN FAMILY INSU | OTHER | .00 | NA | NA | .00 | .00 |
| ALLSTATE FUNDING | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 2,765.00 | NA | NA | .00 | .00 |
| AMERICAN FAMILY INSU | UNSECURED | 12,489.73 | 17,016.34 | 17,016.34 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 400.00 | 522.09 | 522.09 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 1,054.00 | 1,067.82 | 1,067.82 | .00 | .00 |
| CARMAX AUTO FINANCE | UNSECURED | 9,139.00 | 3,391.31 | 6,091.31 | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 274.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 430.04 | 1,100.53 | 1,100.53 | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST USA | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 40,000.00 | 47,002.42 | 47,002.42 | .00 | .00 |
| HSBC BANK | UNSECURED | 1,670.00 | NA | NA | .00 | .00 |
| KAPLAN UNIVERSITY | UNSECURED | 2,700.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY ME | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY ME | UNSECURED | 500.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LOYOLA UNIVERSITY ME | UNSECURED | 4,000.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY PH | OTHER | .00 | NA | NA | .00 | .00 |
| LOYOLA AMBULATORY SU | UNSECURED | 336.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| LOYOLA UNIV PHYS FOU | OTHER | .00 | NA | NA | .00 | .00 |
| KAPLAN UNIVERSITY | OTHER | .00 | NA | NA | .00 | .00 |
| CHILDRENS BOOK OF TH | OTHER | NA | NA | NA | .00 | .00 |
| DRIVE FINANCIAL SVCS | UNSECURED | 2,482.00 | NA | NA | .00 | .00 |
| SIR FINANCE | UNSECURED | 1,500.00 | 1,143.00 | 1,143.00 | .00 | .00 |
| VILLAGE OF BOLINGBRO | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| LANDMARK M & M INC | OTHER | .00 | NA | NA | .00 | .00 |
| S & H MANAGEMENT | OTHER | .00 | NA | NA | .00 | .00 |
| SILVERLEAF RESORTS I | SECURED | 6,000.00 | 6,068.35 | .00 | .00 | .00 |
| SILVERLEAF RESORTS I | UNSECURED | 6,000.00 | NA | NA | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | .00 | 96.02 | 96.02 | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED | NA | 6,350.00 | 3,650.00 | .00 | .00 |
| CAFCU | UNSECURED | 1,479.00 | 1,528.30 | 1,528.30 | .00 | .00 |
| TWANIS LACY ROYAL | OTHER | .00 | NA | NA | .00 | .00 |
| TWAYNIS ROYAL | OTHER | .00 | NA | NA | .00 | .00 |
| ROBERT J ADAMS & ASS | PRIORITY | NA | .00 | 6.33 | 6.33 | .00 |
| CAPITAL ONE | UNSECURED | 1,328.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 12,650.00 | 776.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 12,650.00 | 776.00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 6.33 | 6.33 | .00 |
| **TOTAL PRIORITY:** | 6.33 | 6.33 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 84,654.86 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,557.75 |
| Disbursements to Creditors | $ | 782.33 |
| **TOTAL DISBURSEMENTS:** | $ | 3,340.08 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   02/15/2011                     /s/ Tom Vaughn
                                        Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**